UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

ZACHARY JACKSON,

    Petitioner,

vs.

JEFFREY B. NOBLE,
Warden, London Correctional
Institution,

    Respondent.

------------------------------------------------

CASE NO. 1:18-cv-113

OPINION AND ORDER
[Resolving Doc. 1]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On January 16, 2018, Petitioner Zachary Jackson, an Ohio inmate serving an 11-year aggregate sentence for rape, domestic violence, burglary, aggravated burglary, and violating a protection order, petitioned this court for federal habeas corpus relief under 28 U.S.C. § 2254.[1] Petitioner argued only that his convictions were against the manifest weight of the evidence.[2] The Court referred the matter to Magistrate Judge David A. Ruiz.

On September 15, 2020, Magistrate Judge Ruiz issued a Report and Recommendation ("R&R") recommending Petitioner Jackson be denied § 2254 relief after finding that Petitioner Jackson's manifest weight claim was based on state law and thus was not cognizable on federal habeas review.[3] Alternatively, Magistrate Judge Ruiz construed Petitioner Jackson's claim as a cognizable sufficiency of the evidence claim and rejected it

---

[1] Doc. 1.
[2] *Id.*
[3] Doc. 15.

Case No. 1:18-cv-113
Gwin, J.

on the merits.[4] Objections to that R&R were due by September 29, 2020.[5] Petitioner Jackson filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[6] Failure to timely object waives a party's right to appeal the magistrate's report.[7] Where a party does not object to the R&R, a district court may adopt it without review.[8]

Additionally, this Court has examined the petition and the return and finds Jackson's habeas petition fails.

Accordingly, in light of Petitioner Jackson's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, incorporates it as if fully restated herein, and **DENIES** Petitioner Jackson's § 2254 habeas petition.

IT IS SO ORDERED.

Dated: February 17, 2021       *s/    James S. Gwin*
                               JAMES S. GWIN
                               UNITED STATES DISTRICT JUDGE

---

[4] *Id.*
[5] *Id.*
[6] 28 U.S.C. § 636(b)(1).
[7] *Thomas v. Arn*, 474 U.S. 140, 154 (1985); *Gerth v. Warden, Allen Oakwood Corr. Inst.*, 938 F.3d 821, 827 (6th Cir. 2019).
[8] *See Thomas*, 474 U.S. at 149–50.